248 So.2d 586

**Louis G. DECKER**

v.

**EMPLOYERS LIABILITY ASSURANCE CORPORATION, LTD., et al.**

**No. 51460.**

June 7, 1971.

In re: Louis G. Decker applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 247 So.2d 232.

Writ refused. The result is correct.